UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*

                Defendants.

**ORDER**

20 Civ. 7046 (ER)

RAMOS, D.J.:

      On September 29, 2020, Komatsu's case was assigned to this Court and the Honorable Gabriel W. Gorenstein, U.S. Magistrate Judge. On October 2, Komatsu filed a letter, Doc. 10, asking the Court to terminate Judge Gorenstein's designation in this case based on actions Judge Gorenstein has taken in *Komatsu v. City of New York*, 18 Civ. 3698 (LGS) (GWG) (S.D.N.Y. filed Apr. 26, 2018). The request is DENIED. *See Buhannic v. TradingScreen Inc.*, No. 19 Civ. 10650 (ER), 2020 WL 4058949, at *5 (S.D.N.Y. July 20, 2020) (declining to recuse based on litigant's dissatisfaction with prior rulings of this Court).

It is SO ORDERED.

Dated:    October 5, 2020`
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.

Copies Mailed/Faxed
Chambers of Edgardo Ramos