UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.,*

                Defendants.

**ORDER**

20-CV-7046 (ER) (LEAD CASE)
20-CV-7502 (ER)
20-CV-8004 (ER)
20-CV-8251 (ER)
20-CV-8540 (ER)
20-CV-8933 (ER)
20-CV-9151 (ER)
20-CV-9154 (ER)
20-CV-9354 (ER)

Ramos, D.J.:

      The Court is in receipt of Plaintiff's letter filed December 2, 2020. Doc. 36. Plaintiff requests that the upcoming conference on December 15, 2020 in the above-captioned case be held via videoconference. In this Court and in other courts in this District, it is standard practice for case conferences to be held via teleconference with a court reporter present. This conference is no exception. Moreover, the dial-in information for the conference is available on this case's public docket. Thus, any interested members of the public have access to listen to the hearing if they wish.[1]

      Plaintiff also requests permission to present exhibits at the hearing. If there are relevant exhibits that Plaintiff has <u>not previously submitted</u> in the above-captioned case, the Court hereby grants him leave to file such exhibits in advance of the conference. Any exhibit must not exceed 25 pages. Plaintiff is of course also welcome to reference documents already submitted into the record during this conference as well.

---

[1] The dial-in information is (877) 411-9748 and the access code is 3029857#.

Plaintiff also requests clarification on the length of the conference and his ability to speak at it.  It will begin at 11 a.m. and there are 30 minutes reserved on the Court's calendar.

SO ORDERED.

Dated:   December 7, 2020
           New York, New York

                                                    EDGARDO RAMOS
                                          United States District Judge