Copies Mailed/Faxed
Chambers of Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

20-CV-7046 (ER) (LEAD CASE)
20-CV-7502 (ER)
20-CV-8004 (ER)
20-CV-8251 (ER)
20-CV-8540 (ER)
20-CV-8933 (ER)
20-CV-9151 (ER)
20-CV-9154 (ER)
20-CV-9354 (ER)

Ramos, D.J.:

      The Court is in receipt of Plaintiff's letters filed on December 16, 2020 requesting leave to file additional requests to the Court. Docs. 47, 48. Plaintiff first requests leave to file a motion for reconsideration of the Court's supposed November 2, 2020 dismissal of Defendant Clynes from this case. Doc. 47. However, Defendant Clynes has not been dismissed from this case as of the date of this Order, and no order was issued in this case on November 2, 2020. Thus, Plaintiff's request in Doc. 47 is DENIED. Plaintiff also requests leave to file a letter responding to issues raised in the December 15, 2020 teleconference in this case. Doc. 48. As indicated during the December 15, 2020 conference, the Court grants him permission to do so.

      Plaintiff is therefore GRANTED leave to file the letter described in Doc. 48, responding to points raised in the December 15, 2020 case conference. Defendants are permitted but not required to file a response within two (2) weeks of the docketing of this letter.

SO ORDERED.

Dated:   December 18, 2020
            New York, New York

                                                     EDGARDO RAMOS
                                                  United States District Judge