UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                            Plaintiff,


            – against –


THE CITY OF NEW YORK, *et al.,*


                            Defendants.

**ORDER**

20-CV-7046 (ER) (LEAD CASE)
20-CV-7502 (ER)
20-CV-8004 (ER)
20-CV-8251 (ER)
20-CV-8540 (ER)
20-CV-8933 (ER)
20-CV-9151 (ER)
20-CV-9154 (ER)
20-CV-9354 (ER)

Ramos, D.J.:

The Court is in receipt of Plaintiff's letter dated December 22, 2020 requesting an opportunity to respond to Defendant's letter dated December 21, 2020.  *See* Doc. 54 (requesting to file a response to Doc. 52).  The request is GRANTED.  Plaintiff's submission in response must be no greater than 10 pages.

The Court is also in receipt of Plaintiff's letter dated December 27, 2020 requesting to file an amended complaint to include additional allegations of being excluded from another public meeting in January 2018.  Doc. 55.  Defendants are instructed to respond to this request by no later than January 8, 2021.

The clerk of court is respectfully directed to mail a copy of this Order to Plaintiff and note service on the docket.

It is SO ORDERED.

Dated:    December 29, 2020
          New York, New York

_____
      EDGARDO RAMOS
   United States District Judge