UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                      Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.,*

                      Defendants.

**ORDER**

20-CV-7046 (ER) (LEAD CASE)
20-CV-7502 (ER)
20-CV-8004 (ER)
20-CV-8251 (ER)
20-CV-8540 (ER)
20-CV-8933 (ER)
20-CV-9151 (ER)
20-CV-9154 (ER)
20-CV-9354 (ER)

Ramos, D.J.:

      The Court is in receipt of Plaintiff's letter dated December 19, 2020 seeking leave to file a motion for reconsideration of the Court's November 2, 2020 service order in member case 20-cv-08004.  Motions for reconsideration must be filed within 14 days of the order for which reconsideration is sought.  *See* S.D.N.Y. Local Rule 6.3.  Komatsu's request for leave to file a motion for reconsideration is therefore DENIED.

      The clerk of court is respectfully directed to mail a copy of this Order to Plaintiff and note service on the docket.

It is SO ORDERED.

Dated:   December 29, 2020
           New York, New York

                                                      EDGARDO RAMOS
                                                United States District Judge