UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                              Plaintiff,

         – against –

THE CITY OF NEW YORK, *et al.*,

                              Defendants.

**ORDER**

20-CV-7046 (ER) (LEAD CASE)

Ramos, D.J.:

      Komatsu has filed several letters contesting the filing restrictions in this case and stating that they inhibit his ability to seek leave to reconsider the Court's July 16, 2021 opinion. *See* Docs 184-86, 188-89. Komatsu is reminded that, if he were to briefly set forth the basis for his anticipated motion, within the parameters of the Court's filing restrictions, then the Court would consider whether to grant leave for him to file such a motion.

      However, to date Komatsu has not done so. Instead, he has continued to levy the type of personal attacks that the Court has explicitly warned him against. *See, e.g.*, Doc. 189 ("I'm acutely aware of the fact that your actions in this case have already proven that you're a vile cat's paw of the defendants as I continue to preparations to try to have the Second Circuit to belatedly get you and Gabriel out of this case strictly to uphold my constitutional rights."). He also appears to state an intention to disregard the Court's page limitations. *Id.* ("I intend to immediately prepare my motion for reconsideration about your 7/16/21 order and your orders in this case since then before submitting them in this case. I absolutely will not allow any page limit to impede my ability to do so.").

Once again, Komatsu is warned that continued failure to obey court orders may result in dismissal of this case with prejudice.

It is SO ORDERED.

Dated:   July 22, 2021
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.