UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

20-CV-7046 (ER) (LEAD CASE)

Ramos, D.J.:

      The Court is in receipt of Plaintiff's letter dated October 5, 2021 seeking reasonable accommodations in light of Plaintiff having learned that his father passed away and making potential arrangements to travel to Japan.  *See* Doc. 242.

      On August 9, 2021, the Court ordered Plaintiff to show cause in writing, by August 23, 2021, as to why this case should not be dismissed pursuant to the Court's inherent power to sanction vexatious litigants and/or failure to comply with court orders.  *See* Doc. 208.  On August 19, 2021, the Court granted Plaintiff's request for an extension of time to respond to the order to show cause to September 23, 2021.  *See* Doc. 216.

      In light of Plaintiff's letter, Plaintiff's request for an extension of time is therefore GRANTED.  The Court will grant a reasonable adjournment and set a reasonable date certain for Plaintiff's deadline to show cause in the event that Plaintiff promptly provides dates by which Plaintiff will be available.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and note service on the docket.

      It is SO ORDERED.

2

Dated: October 7, 2021
       New York, New York

                                                                         Edgardo Ramos, U.S.D.J.