UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.,*

                Defendants.

**ORDER**

20 Civ. 7046 (ER)

Ramos, D.J.:

      The Court is in receipt of Komatsu's requests to file three new cases. *See* Docs. 278, 282. The Court's filing restrictions do not prevent him from filing new actions that are not related to allegations that City officials have restricted his speech at public meetings. *See* Doc. 45. Therefore, he is granted leave to file the three new cases, which request relief concerning the New York Public Library system's allegedly illegal security screenings, the allegedly illegal denial of access to public records, and the underlying facts in the opinion recently issued by the Second Circuit Court of Appeals in *Komatsu v. City of New York*, No. 20 Civ. 3676 (2d Cir. Dec. 20, 2021), as these topics fall outside the scope of this Court's leave to file order.

      Relatedly, he requests that the Court immediately issue an order enjoining the City of New York and the New York Public Library system from interfering with the constitutional rights of visitors of public libraries by requiring such visitors "to communicate with anyone after completing the security screening process to enter those libraries." Doc. 280. In the absence of the filed action, that request is DENIED as premature.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

It is SO ORDERED.

Dated:  December 28, 2021
        New York, New York

                                              EDGARDO RAMOS, U.S.D.J.