UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.,*

                Defendants.

**ORDER**

20 Civ. 7046 (ER)

Ramos, D.J.:

    The Court ordered a pre-motion conference for January 28, 2022 at 10:00 a.m. to discuss the parties' proposed motions. Doc. 298. On January 28, 2022, the Court held the conference, during which Plaintiff failed to appear.

    Accordingly, the matter is adjourned, and the parties are hereby ORDERED to appear for a telephonic conference on February 9, 2022 at 5:00 p.m. The parties are directed to call (877) 411-9748 at that time and enter access code 3029857, followed by the pound (#) sign. Plaintiff is advised that failure to appear could result in adverse action, including dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(b).

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

    It is SO ORDERED.

Dated:    January 28, 2022
              New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.