| March 29, 2022<br>Attn: U.S. District Judge Edgardo Ramos | **Title:** Motion for leave to file in *Komatsu v. City of New York*, No. 20-cv-7046(ER) (GWG) (S.D.N.Y.) |
|---|---|

I'm filing this to apprise you about the material fact that hindsight continues to confirm that I was entirely right about seeking sanctions and injunctive relief in this case against Defendant Pinny Ringel, Joni Kletter, and the City of New York partly in response to how I was treated **a)** during the 11/16/21 resource fair in Brooklyn and **b)** while attempting to talk with Steven Banks during earlier public meetings largely in relation to Urban Pathways, Inc. ("Urban") that is the slumlord of the building in which I reside and a business partner of HRA. This also means that you were impermissibly and extraordinarily shortsighted while prejudicially refusing to grant me injunctive and other relief in this consolidated case when it needed to be granted. The New York Daily News published an article yesterday that is entitled "NYC Homeless Shelter Provider Keeps Getting City Funding Despite Facing Criminal Probe" that is available at https://www.nydailynews.com/news/politics/new-york-elections-government/ny-nyc-homeless-shelter-core-services-criminal-investigation-20220328-ki4jsb3jmjbhdpfrbhenh7gedm-story.html. That article about the fact that a competitor of Urban that also is a business partner of HRA is still being funded by HRA despite the fact that the City of New York is suing it to try to end its contracts with it due to what may be fraud. I have long justifiably and lawfully lambasted Mr. Banks and otherwise attempted to do so largely for preserving and extending HRA's business with Urban after HRA and Urban jointly subjected me to a patently illegal bait-and-switch fraud and forgery concerning the apartment lease that I signed on 2/16/16 that is jointly liable for the vicious assault I suffered on 7/2/16 by a roommate that I otherwise would never have had. The video that I shared with you on 11/17/21 that I recorded during the 11/16/21 resource fair confirms that I wanted to talk with Mr. Banks then partly about Urban. That was before he filed a sworn affidavit as a con artist and hypocrite that I have long known him to be in the lawsuit that the City of New York commenced that corresponds to *City of New York v. Core Services Group, Inc.*, No. 453930/21 (Sup. Ct. NY Cty.). The sworn affidavit that Mr. Banks gave on 12/13/21 about that case that was filed in it on 12/13/21 is available at https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=lZ3aDfmMYLUSDK_PLUS_JQGUjjg==. Your prejudicial shortsightedness in this case warrants your prompt recusal. Please do so immediately and make certain that Judge Gorenstein will also be divorced from this case due to a clear conflict of interest he has because he used to be HRA's former General Counsel.

From,                                    802 Fairmount Pl., Apt. 4B
                                         Bronx, NY  10460
Towaki Komatsu                           Tel: 347-316-6180
                                         Towaki_Komatsu@yahoo.com

s_/Towaki Komatsu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Towaki Komatsu**, <br>        Plaintiff, <br><br> -against- <br><br> The City of New York et al., <br><br>        Defendants. | Case No. 20-cv-7046 (ER)(GWG) <br><br> **Declaration of Towaki Komatsu** |

I, Towaki Komatsu, declare under the penalty of perjury on 3/29/22 that the following is entirely true and accurate:

1. The purpose of my submission that appears on the preceding page and the information that is otherwise referenced within it is related to this case instead of being frivolous, in bad faith, or for any improper purpose, such as to harass or cause unnecessary delay.

2. That submission and the information on this page complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules. They are also pursuant to controlling findings that exist in *Goldberg v. Kelly*, 397 U.S. 254, 90 S. Ct. 1011, 25 L. Ed. 2d 287 (1970) and *Triestman v. Federal Bureau of Prisons*, 470 F.3d 471 (2d Cir. 2006).

From,

Towaki Komatsu             802 Fairmount Pl., Apt. 4B
                     Bronx, NY 10460
s_/Towaki Komatsu            Tel: 347-316-6180
                     E-mail: Towaki_Komatsu@yahoo.com

*Plaintiff, Pro Se*